IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ALICIA DWAE JOHNSON,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. **3:24-cv-2234-L-BK** |
| **NORTH FORNEY ISD,** | § § § | |
| Defendant. | § § | |

## ORDER

On November 15, 2024, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") (Doc. 7) was entered, recommending that the court *sua sponte* **dismiss without prejudice** this action, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute and comply with a court order. No objections have been filed, and the 14-day period to object after service of the Reports has passed. *See* Fed. R. Civ. P. 72(b)(1)(2); 28 U.S.C. § 636(b)(1)(C). For the reasons stated herein, the court **accepts** the Report.

Plaintiff Alicia Johnson ("Plaintiff" or "Ms. Johnson") filed her Complaint on August 29, 2024 (Doc. 1). She brings claims for emotional distress against North Forney ISD. *Id.* On September 16, 2024, the magistrate judge issued a deficiency order (Doc. 5). Magistrate Judge Toliver ordered Plaintiff to "(1) pay the required filing and administrative fees . . . or move for leave to proceed in forma pauperis on the AO 239 form, (2) file an amended complaint that meets the requirements of Rule 8(a) . . . and (3) register to use the [c]ourt's electronic filing system." (Doc. 5). Plaintiff failed to cure the deficiencies set forth by the magistrate judge and was granted an extension to November 1, 2024 (Docs. 5 and 6). As of the date of this Order,

Plaintiff has not responded to the first or second deficiency order issued by the magistrate judge. *See Docs.* 1-7.

Having considered the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action, pursuant to Rule 41(b), as a result of Plaintiff's failure to prosecute and comply with a court order.

**It is so ordered** this 16th day of December, 2024.

                                                    Sam A. Lindsay
                                                  United States District Judge